[No. 63997-8-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00109-2, Steven J. Mura, J., entered August 11, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

[No. 64009-7-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAU CHONG GIENG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12444-1, Regina S. Cahan, J., entered July 17, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.

[No. 64016-0-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD D. OKERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02163-1, Hollis R. Hill, J., entered July 29, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 64044-5-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEN CHARLES DAUSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 09-1-00059-1, Alan R. Hancock, J., entered August 20, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Leach, JJ.